UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AREYONA J. FAVORS,

                    Plaintiff,

              -against-

C.O. M JEAN BAPTISTE, et al.,

                    Defendants.

26-CV-1303 (JGLC)

**ORDER OF SERVICE**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who currently is incarcerated at Bedford Hills Correctional Facility, filed an Amended Complaint on May 8, 2026. ECF No. 12. The Court previously granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. ECF No. 5. Accordingly, the Court directs service on Defendants and their compliance with Local Civil Rule 33.2.

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants. If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

Additionally, Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the amended complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 forms with the addresses for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Court also directs Defendants to comply with Local Civil Rule 33.2 within 120 days of service of the complaint.

The Clerk of Court is directed to mail an information package to Plaintiff.

Dated: June 22, 2026
White Plains, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. C. O. M. Jean Baptiste
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

2. Nurse Williams
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

3. Nurse McKinsey
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

4. Sgt. Baker
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

5. C.O. Martin
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

6. C. O. Anjoeli
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

7. Liutenant Spates
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

8. Sgt. Sterling Bird
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507